JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>Petitioner,<br><br>v.<br><br>LE ANNE LUNDY, Warden,<br><br>Respondent. | Case No. 2:25-cv-00327-CBM (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: October 22, 2025

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE